IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS R. BUSS,** | : | Civil Action No. 1:21-cv-000139 |
| **Plaintiff** | : | |
| | : | |
| v. | : | Judge Wilson |
| | : | |
| **PENSKE LOGISTICS LLC** | : | |
| **Defendant** | : | |
| | : | **JURY TRIAL DEMANDED** |
| | : | |

**PETITION TO ENFORCE SETTLEMENT AGREEMENT**

AND NOW, COMES PLAINTIFF, by and through his counsel, Joseph C. Korsak, Esq. , who prays for the Court's intervention on the following facts:

1. Your Petitioner is Thomas R. Buss, Plaintiff in this action.

2. Over the past few momnths, the parties exhanged demands and offers of settlement.

3. On March 7, 2023, -Plaintiff accepted an offer of settlement which is set

forth on the attached Exhibit A.

4. Defendant's offer was made without time limitation, was unconditional, and remined open until accepted by Plaintiff.

5. The Defendant now refuses to perform. (See Exhibit A)

WHEREFORE, Plaintiff prays that judgment be entered against the Defendant and in the favor of the sum of $24,00.

Respectfully Submitted,

**LAW OFFICE JOSEPH C. KORSAK**

Date: 3/8/23    By: _____
Joseph C. Korsak, Esquire
Supreme Court Id: 22233
34 North Queen Street
York, PA 17403
Telephone: (717)880-3759
Email: josephckorsak@gmail.com

## CERTIFICATION OF SERVICE

      The undersigned certifies that the within was served upon the Defendant by email mail on 3/8/23.

Date: 3/8/23                                                    _____/s/_____
                                                                  Joseph C. Korsak, Esq.