**josephkorsak@gmail.com**

---

**From:** Barrett, Jacqueline R. <jacqueline.barrett@ogletree.com>
**Sent:** Tuesday, March 7, 2023 3:38 PM
**To:** josephkorsak@gmail.com
**Subject:** RE: Buss

Joe,

That offer is no longer on the table. There is no agreement.

**Jacqueline R. Barrett | Ogletree Deakins**
1735 Market Street, Suite 3000 | Philadelphia, PA 19103 | Telephone: 215-995-2820
jacqueline.barrett@ogletree.com | www.ogletree.com | Bio

---

**From:** josephkorsak@gmail.com <josephkorsak@gmail.com>
**Sent:** Tuesday, March 7, 2023 3:37 PM
**To:** Barrett, Jacqueline R. <Jacqueline.Barrett@ogletreedeakins.com>
**Subject:** RE: Buss

**[Caution: Email received from external source]**

---

Your offer is accepted.

> **From:** Barrett, Jacqueline R. <jacqueline.barrett@ogletree.com>
> **Sent:** Monday, November 21, 2022 9:16 AM
> **To:** Joseph Korsak <josephckorsak@gmail.com>
> **Subject:** RE: Buss
>
> Joe,
>
> We offer $24,000 to resolve this matter.
>
> Jacqueline
>
>
> **Jacqueline R. Barrett | Ogletree Deakins**
> 1735 Market Street, Suite 3000 | Philadelphia, PA 19103 | Telephone: 215-995-2820
> jacqueline.barrett@ogletree.com | www.ogletree.com | Bio
>
>
> **From:** Joseph Korsak <josephckorsak@gmail.com>
> **Sent:** Thursday, November 17, 2022 5:25 PM
> **To:** Barrett, Jacqueline R. <Jacqueline.Barrett@ogletreedeakins.com>
> **Subject:** Buss



EXHIBIT A

[Caution: Email received from external source]

JOSEPH C. KORSAK
34 N. QUEEN STREET
YORK, PA   17403
717-880-3759

He would accept $85,000.00 plus court costs (Depos cost, filing fee, expert witness charge)
This will be withdrawn at the close of business Monday..

Best Regards,


JCK.

 Virus-free.www.avg.com

*[Caution: Email received from external source]*

JOSEPH C. KORSAK
34 N. QUEEN STREET
YORK, PA   17403
717-880-3759

He would accept $85,000.00 plus court costs (Depos cost, filing fee, expert witness charge) This will be withdrawn at the close of business Monday..

Best Regards,


JCK.

  Virus-free.www.avg.com