IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS R. BUSS,** | : | Civil Action No. |
| **Plaintiff** | : | |
| | : | |
| v. | : | Judge |
| | : | |
| **PENSKE LOGISTICS LLC** | : | |
| **Defendant** | : | |
| | : | **JURY TRIAL DEMANDED** |

ORDER

The Clerk is directed to enter judgment for Plaintiff in the sum of $24,000.00.

_____
Judge