# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS R. BUSS, | : | Civil No. 1:21-CV-00139 |
| Plaintiff, | : | |
| v. | : | |
| PENSKE LOGISTICS, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 9th day of March, 2023, following review of Plaintiff's motion to remand, Doc. 85, and construing the motion as a motion to stay the objections deadline pending resolution of Plaintiff's motion to enforce judgment, Doc. 84, **IT IS ORDERED THAT** the motion to remand is **GRANTED** to the extent it seeks to stay the deadline to file objections to the pending report and recommendation, *see* Doc. 83. The court will reset the objections deadline, if necessary, after ruling on the motion to enforce judgment.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania